UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>                Plaintiff,<br><br>v.<br><br>BRAYTON POINT LLC, PATRIOT STEVEDORING & LOGISTICS, LLC, and EASTERN METAL RECYCLING-TERMINAL, LLC,<br><br>                Defendants. | Case No. 1:23-cv-10819 |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiff Commonwealth of Massachusetts and Defendants Brayton Point LLC, Patriot Stevedoring & Logistics, LLC, and Eastern Metal Recycling-Terminal, LLC (jointly "the Parties") respectfully ask this Court to enter their proposed Consent Decree, submitted as an Exhibit hereto.

On April 18, 2023, Plaintiff filed a Complaint and a Notice of Commencement of the 45-Day Period with this Court. The Notice informed the Court that the Parties had reached a proposed settlement, and a copy of the Parties' executed proposed Consent Decree was appended to Plaintiff's Notice.

Under the Citizen Suit provisions of the Federal Clean Air Act and Clean Water Act, the United States has 45 days from receipt of the proposed Consent Judgment to complete its review and comment to the Court. 40 U.S.C. § 7604(c)(3) and 33 U.S.C. § 1365(c)(3). The United States informed the Parties and the Court that the 45-day period ends on June 2, 2023, and that it does

not have any objection to the Consent Decree. Accordingly, the Parties request that the Consent Decree be entered. A copy of a letter from the United States Department of Justice is submitted as an Exhibit hereto.

June 2, 2023                               Respectfully submitted,

                                           COMMONWEALTH OF MASSACHUSETTS

                                           By its attorney,

                                           ANDREA JOY CAMPBELL
                                           ATTORNEY GENERAL

                                           */s/ Emily Mitchell Field*
                                           Emily Mitchell Field (Bar No. 703726)
                                           Special Assistant Attorney General
                                           Environmental Protection Division
                                           Office of the Attorney General
                                           One Ashburton Place, 18th Floor
                                           Boston, Massachusetts 02108
                                           Tel: (617) 727-2200, ext. 2207
                                           Emily.Field@mass.gov

                                           */s/ Christina S. Marshall*
                                           Christina S. Marshall (Bar No. 688348)
                                           Anderson & Kreiger LLP
                                           50 Milk Street, 21st Floor
                                           Boston, MA 02109
                                           Tel: (617) 621-6583
                                           cmarshall@andersonkreiger.com

                                           */s/ Gregor I. McGregor*
                                           Gregor I. McGregor (Bar No. 334680)
                                           Michael J. O'Neill (Bar No. 379655)
                                           McGregor Legere & Stevens PC
                                           15 Court Square – Suite 660
                                           Boston, MA 02108
                                           Tel: (617) -338-6464
                                           gimcg@mcgregorlaw.com

>/s/ Marc J. Goldstein
>Marc J. Goldstein (Bar No. 636228)
>Michael S. Campinell (Bar No. 693424)
>Beveridge & Diamond
>155 Federal Street, Suite 1600
>Boston, MA 02110
>Tel: (617) 419-2315
>MGoldstein@bdlaw.com

CERTIFICATE OF E-SERVICE

I hereby certify that the parties' Joint Statement, filed electronically through the ECF system with the Court on June 2, 2023 has been sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and copies will be sent to those indicated as non-registered participants on June 2, 2023.

>/s/ Emily Mitchell Field
>Emily Mitchell Field (Bar No. 703726)